# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Pete Arcibar Rocha | ) Case No:   3:05-00192 |
| | ) USM No:  18084-075 |
| Date of Original Judgment:          March 12, 2007 | ) |
| Date of Previous Amended Judgment:          N/A | ) Isaiah S. Gant |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ❐  the Director of the Bureau of Prisons  ❐  the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of      seventy-eight  (78)      months **is reduced to**      sixty-three (63) months      .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      March 12, 2007      shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          February 3, 2015          _____
                                                                              *Judge's signature*

Effective Date:          November 1, 2015          Todd J. Campbell, U.S. District Judge
          *(if different from order date)*                              *Printed name and title*